```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15311
     CASSANDRA CAMPBELL
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1223


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/23/2007 and was not confirmed.

     The case was dismissed without confirmation 10/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          1332.71          .00            .00
ILLINOIS TITLE LOANS INC  UNSECURED         NOT FILED         .00            .00
CREDIT UNION 1            UNSECURED         NOT FILED         .00            .00
GENESIS FINANCIAL & PAYM  UNSECURED         NOT FILED         .00            .00
PAYDAY LOANS              UNSECURED         NOT FILED         .00            .00
COMMONWEALTH EDISON       UNSECURED          2542.19          .00            .00
ALL CREDIT LENDERS        UNSECURED         NOT FILED         .00            .00
CHECK INTO CASH           UNSECURED         NOT FILED         .00            .00
AFFILIATED FINANCIAL COR  SECURED VEHIC         .00           .00            .00
ROBERT JORDAN             CURRENT MORTG         .00           .00            .00
POSTAL EMPLOYEES CREDIT   SECURED NOT I         .00           .00            .00
ROBERT JORDAN             UNSECURED          3725.00          .00            .00
PRO SE DEBTOR             DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS                   DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------      ---------------
TOTALS                       .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 01/22/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 07 B 15311 CASSANDRA CAMPBELL
```